John R. Brydon (Bar No. 83365)
Brian H. Buddell (Bar No. 166103)
James V. Weixel (Bar No. 166024)
**DEMLER, ARMSTRONG & ROWLAND, LLP**
101 Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:     (415) 949-1900
Facsimile:     (415) 354-8380
Email:        bry@darlaw.com
              bud@darlaw.com
              jvw@darlaw.com

Attorneys for Defendant and Third-Party Plaintiff
SAMSON ROPE TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIEWIT INFRASTRUCTURE WEST CO., etc., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSON ROPE TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No.: 2:20-cv-00527-TLN-AC <br><br> **STIPULATION AND ORDER FOR:** <br><br> **1) WITHDRAWAL OF DANNY'S CONSTRUCTION COMPANY, LLC'S MOTIONS TO DISMISS THIRD-PARTY COMPLAINTS; and** <br><br> **2) FILING OF AMENDED THIRD-PARTY COMPLAINTS AGAINST DANNY'S CONSTRUCTION COMPANY, LLC** <br><br> Complaint Filed:  November 14, 2019 |
| AND RELATED THIRD-PARTY ACTIONS. | |

Defendants and Third-Party Plaintiffs Samson Rope Technologies, Inc. ("Samson") and WesSpur Tree & Equipment, Inc. ("WesSpur") and Third-Party Defendant Danny's Construction Company, LLC ("Danny's"), by and through their respective undersigned counsel of record, stipulate and agree as follows:

1.      Danny's hereby withdraws its motions to dismiss the Third-Party Complaints filed against it by Samson and WesSpur, said motions being set for hearing on July 23, 2020.

2.      Samson and WesSpur shall each file and serve an amended Third-Party Complaint against Danny's by no later than July 24, 2020.

3.      Danny's shall answer, move, or otherwise respond to the amended Third-Party Complaints of Samson and WesSpur within 21 calendar days of the filing and service thereof.

4.      Nothing in this stipulation shall affect any right of Danny's to refile its motions to dismiss, to file new motions to dismiss, or to file answers or other responsive pleadings or motions as Danny's may deem appropriate, as to the amended Third-Party Complaints that are filed by Samson and WesSpur pursuant to this stipulation.

5.      The parties to this stipulation agree that the Court may enter an order accordingly without hearing and in the form of the order below as provided for by Local Rule 143.


DATED:  July 7, 2020                     DEMLER, ARMSTRONG & ROWLAND, LLP


                                          /s/ James V. Weixel
                                         John R. Brydon
                                         Brian H. Buddell
                                         James V. Weixel
                                         Attorneys for Defendant and Third-Party Plaintiff
                                         SAMSON ROPE TECHNOLOGIES, INC.


DATED:  July 7, 2020                     TYSON & MENDEZ


                                          /s/ Richard D. Seely
                                         David S. Ramirez
                                         Richard D. Seely
                                         Attorneys for Defendant and Third-Party Plaintiff
                                         WESSPUR TREE & EQUIPMENT, INC.

///
///
///
///

STIPULATION AND ORDER RE 1) WITHDRAWAL OF MOTIONS TO DISMISS THIRD-PARTY COMPLAINTS AND 2) FOR AMENDMENT OF THIRD-PARTY COMPLAINTS

1

DATED:  July 7, 2020             RALLS GRUBER & NIECE LLP

2

3
 /s/ John W. Ralls
_____

4
John W. Ralls
Anita W. Chu
Attorneys for Third-Party Defendant

5
DANNY'S CONSTRUCTION COMPANY, LLC

6

7
**<u>ORDER</u>**

8
Pursuant to the foregoing stipulation, IT IS SO ORDERED.

9

10
DATED:  July 8, 2020

11

12
Troy L. Nunley
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE 1) WITHDRAWAL OF MOTIONS TO DISMISS THIRD-PARTY
COMPLAINTS AND 2) FOR AMENDMENT OF THIRD-PARTY COMPLAINTS