John R. Brydon (Bar No. 83365)
Brian H. Buddell (Bar No. 166103)
James V. Weixel (Bar No. 166024)
**DEMLER, ARMSTRONG & ROWLAND, LLP**
101 Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:     (415) 949-1900
Facsimile:     (415) 354-8380
Email:         bry@darlaw.com
               bud@darlaw.com
               jvw@darlaw.com

Attorneys for Defendant and Third-Party Plaintiff
SAMSON ROPE TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIEWIT INFRASTRUCTURE WEST CO., etc.,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSON ROPE TECHNOLOGIES, INC., et al.,<br><br>Defendants.<br><br>AND RELATED THIRD-PARTY ACTIONS. | Case No.: 2:20-cv-00527-TLN-AC<br><br>**REQUEST FOR ORDER DISMISSING THIRD-PARTY COMPLAINT OF SAMSON ROPE TECHNOLOGIES, INC. AGAINST DANNY'S CONSTRUCTION COMPANY, LLC PURSUANT TO SETTLEMENT**<br><br>**ORDER**<br><br>[Fed. R. Civ. P. 41(a)(2)]<br><br>Complaint Filed:  November 14, 2019 |

Defendant and Third-Party Plaintiff Samson Rope Technologies, Inc. ("Samson") respectfully requests, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the Court enter an order dismissing Samson's third-party complaint against Third-Party Defendant Danny's Construction Company, LLC ("Danny's"), with prejudice and with each party to bear own costs, fees, and expenses.

All parties to this action have entered into a global settlement of this matter, and Samson

now wishes to dismiss its third-party complaint against Danny's.in accordance therewith.

Samson respectfully requests that the Court enter an order accordingly without hearing and in the form of the order below as provided for by Local Rule 143.

DATED: June 3, 2021                    DEMLER, ARMSTRONG & ROWLAND, LLP

    /s/ Brian H. Buddell
John R. Brydon
Brian H. Buddell
James V. Weixel
Attorneys for Defendant and Third-Party Plaintiff
SAMSON ROPE TECHNOLOGIES, INC.

**ORDER**

Pursuant to the foregoing request, IT IS SO ORDERED. Samson Rope Technologies, Inc.'s third-party complaint against Danny's Construction Company, LLC is hereby dismissed with prejudice, with each party to bear own costs, fees, and expenses.

DATED: June 3, 2021

Troy L. Nunley
United States District Judge