1  BREMER WHYTE BROWN & O'MEARA LLP
   Raymond Meyer Jr., State Bar No. 176235
2  rmeyer@bremerwhyte.com
   Stephen C. Dreher, State Bar No. 129482
3  sdreher@bremerwhyte.com
   300 Frank H. Ogawa Plaza, Suite 355
4  Oakland, California 94612
   Telephone: (510) 540-4881
5  Facsimile: (510) 540-4889

6  Attorneys for Third-Party Plaintiff and
   Third-Party Defendant,
7  DANNY'S CONSTRUCTION COMPANY, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIEWIT INFRASTRUCTURE WEST CO., for itself and its subrogated Insurers,<br><br>Plaintiff,<br><br>v.<br><br>SAMSON ROPE TECHNOLOGIES, INC.; WESSPUR TREE & EQUIPMENT, INC.; and DOES 1 to 50,<br><br>Defendants.<br><br>AND RELATED THIRD-PARTY ACTIONS. | Case No. 2:20-cv-00527-TLN-AC<br>Judge: Hon. Troy L. Nunley<br>Dept: 2<br><br>**REQUEST FOR ORDER DISMISSING THIRD-PARTY COMPLAINT OF DANNY'S CONSTRUCTION COMPANY, LLC'S AGAINST SAMSON ROPE TECHNOLOGIES, INC. AND WESSPUR TREE & EQUIPMENT, INC PURSUANT TO SETTLEMENT**<br><br>**[Proposed] ORDER**<br><br>[Fed. R. Civ. P. 41(a)(2)]<br><br>Complaint Filed: November 14, 2019 |

Third-Party Defendant and Third-Party Plaintiff Danny's Construction Company, LLC ("Danny's") respectfully requests, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the Court enter an order dismissing Danny's Third-Party complaint against Third-Party Defendants Samson Rope Technologies, Inc. ("Samson") and WesSpur Tree & Equipment, Inc. ("WesSpur") , with prejudice and with each party to bear own costs, fees, and expenses.

All parties to this action have entered into a global settlement of this matter, and Danny's now wishes to dismiss its third-party complaint against Samson and WesSpur in accordance therewith.

Danny's respectfully requests that the Court enter an order accordingly without hearing and in the form of the order below as provided for by Local Rule 143.

Dated: June 4, 2021          BREMER WHYTE BROWN & O'MEARA LLP

By:    /s/ Stephen C. Dreher
Raymond Meyer Jr.
Stephen C. Dreher
Attorneys for Third-Party Plaintiff and
Third-Party Defendant,
DANNY'S CONSTRUCTION
COMPANY, LLC

## ORDER

Pursuant to the foregoing request, IT IS SO ORDERED. Danny's Construction Company, LLC's third-party complaint against Samson Rope Technologies, Inc. and WesSpur Tree & Equipment, Inc. is hereby dismissed with prejudice, with each party to bear own costs, fees, and expenses.

DATED: June 4, 2021

_____
Troy L. Nunley
United States District Judge