Patrick J. Mendes, Esq. (Bar No. 181274)
David P. Ramirez, Esq. (Bar No. 137994)
Richard D. Seely, Esq. (Bar No. 170528)
TYSON & MENDES, LLP
5661 La Jolla Boulevard
La Jolla, California 92037
Tel.: (858) 459-4400
Fax: (858) 459-3864

Attorneys for Defendant/Third-Party Plaintiff/Third-Party Defendant, WESSPUR TREE EQUIPMENT, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIEWIT INFRASTRUCTURE WEST CO., INC., for itself and its subrogated insurers,<br><br>　　Plaintiff,<br>v.<br>SAMSON ROPE TECHNOLOGIES, INC.; WESSPUR TREE & EQUIPMENT, INC.; and DOES I through 50.<br>　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:20-cv-00527-TLN-AC<br><br>**REQUEST FOR ORDER DISMISSING THIRD-PARTY COMPLAINT OF WESSPUR TREE EQUIPMENT, INC. AGAINST DANNY'S CONSTRUCTION COMPANY, LLC PURSUANT TO SETTLEMENT; ORDER**<br><br>Complaint Filed: November 14, 2019 |

Defendant/Third-Party Plaintiff/Third-Party Defendant, WESSPUR TREE EQUIPMENT, INC. ("WesSpur") respectfully requests, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the Court enter an order dismissing WesSpur's third-party complaint against Third-Party Defendant Danny's Construction Company, LLC ("Danny's"), with prejudice and with each party to bear own costs, fees, and expenses.

Additionally, WesSpur respectfully requests a similar dismissal of WesSpur's Cross-Complaint against Samson Rope Technologies ("Samson"), Docket #14, originally filed in the Central District matter, Case No.: 8:19-cv-02501-DOC-ADS.

1

All parties to this action have entered into a global settlement of this matter, and WesSpur now wishes to dismiss its third-party complaint against Danny's and the Cross-Complaint against Samson in accordance therewith.

WesSpur respectfully requests that the Court enter an order accordingly without hearing and in the form of the order below as provided for by Local Rule 143.

Dated: June 7, 2021     **TYSON & MENDES, LLP**

By: _____
Patrick J. Mendes, Esq.
David P. Ramirez, Esq.
Richard D. Seely, Esq.
Attorneys for Defendant,
WESSPUR TREE EQUIPMENT, INC.

### **ORDER**

Pursuant to the foregoing request, IT IS SO ORDERED. Samson Rope Technologies, Inc.'s third-party complaint against Danny's Construction Company, LLC is hereby dismissed with prejudice, with each party to bear own costs, fees, and expenses.

DATED: June 7, 2021

_____
Troy L. Nunley
United States District Judge